# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Hanlon Gas Processing, Ltd.
and Permian Leasing, L.L.C.,

\* From the 91st District
  Court of Eastland County,
   Trial Court No. CV1242829.

Vs. No. 11-12-00334-CV

\* July 11, 2013

Eastland County Guardian, Inc.,

\* Per Curiam Memorandum Opinion
  (Panel consists of: McCall, J.,
  Willson, J., and Hill, sitting by
  assignment)

This court has considered Hanlon Gas Processing, Ltd., Permian Leasing, L.L.C., and Eastland County Guardian, Inc.'s joint motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring the same.